[No. 36763–3–I.    Division One.    June 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. OBIE LEE
CRISP, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95–1–00260–5, Patricia H. Aitken J., entered
June 5, 1995. *Dismissed* by unpublished per curiam
opinion.


[No. 17530-4-II.    Division Two.    February 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN
LUIS-RICARDO, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 93-1-00419-0, Milton R. Cox, J.,
entered September 9, 1993. *Affirmed* by unpublished
opinion per Houghton, J., concurred in by Seinfeld, C.J.,
and Morgan, J.


[No. 36181-3-I.    Division One.    February 18, 1996.]

'   THE STATE OF WASHINGTON, *Respondent*, v. LORI
DEPNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-06238-3, Richard Jones, J., entered Janu-
ary 31, 1995. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Baker, C.J., and Grosse, J.


[No. 12827–0–III.    Division Three.    June 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGELIO
M. GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 92–1–00128–7, Larry Larson, J., entered
November 6, 1992. *Reversed* by unpublished opinion per
Munson, J., concurred in by Schultheis, A.C.J., and
Thompson, J.